United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                          Case No. 26-10221-amc

Tanya Bowie                                                     Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: May 07, 2026 | Form ID: 195 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Tanya Bowie, 1608 Robbins Ave Apt A, Philadelphia, PA 19149-2808 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2026                        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| MICHAEL A. CIBIK | on behalf of Debtor Tanya Bowie help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| ROBERT W. SEITZER | rseitzer@karalislaw.com  PA93@ecfcbis.com;jhysley@karalislaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*


In re:                                              : Chapter 7


Tanya Bowie                                         : Case No. 26−10221−amc

        Debtor(s)


### *ORDER*
_____


    AND NOW, this day , May 6, 2026 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is


    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.


By The Court


Ashely M. Chan
Chief Judge, United States Bankruptcy Court


12
Form 195